SINCLAIR REFINING COMPANY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 29418.)

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.